**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Raymon Rashaun BLACK,**
**Defendant-Appellant.**

No. 17-12413
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(December 6, 2017)

Steven E. Butler, Adam W. Overstreet, U.S. Attorney Service—Southern District of Alabama, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Before MARCUS, ROSENBAUM and NEWSOM, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Raymon Rashaun Black in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Black's conviction and sentence are **AFFIRMED**.